Opinion by Ford, J. At the trial petitioner's witness testified that so far as he knew the entry was made at the correct value; that he had furnished the appraiser all the necessary information relating to the value of the merchandise; and that he had no information which would indicate that the entered value was not the correct value of the merchandise. Based upon the entire record, the court found that there was no intention on the part of petitioner to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

Before the First Division, October 3, 1950

**No. 54710.**—Samuel Riba and Samuel Riba, Inc. v. United States, protests 137703–K and 138333–K (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the merchandise consists of gold- and silver-colored beads similar in all material respects to those the subject of Abstract 54251, the claim at 35 percent under paragraph 1503 was sustained.

**No. 54711.**—Eitinger Bead Co., Inc. v. United States, protest 156968–K (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the merchandise consists of gold- and silver-colored beads similar in all material respects to those the subject of Abstract 54251, the claim at 35 percent under paragraph 1503 was sustained.

**No. 54712.**—Oscar Heyman & Bros., Inc., et al. v. United States, protests 126939–K, etc. (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of S. Nathan & Co., Inc. v. United States (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54713.**—H. Sussbach et al. v. United States, protests 132409–K, etc. (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as